IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02332-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOSHUA LAFOY CHASTEEN,

    Plaintiff,

v.

MESA COUNTY DETENTION FACILITY,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Joshua Lafoy Chasteen, initiated this action by filing a "Notice of Claim," in which he asserts that he has been denied adequate medical care at the Mesa County Detention Facility.  The Court has opened this case under 42 U.S.C. § 1983.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing authorization to calculate and disburse filing fee payments
(5)   __   the account statement showing the current balance in Applicant's prison account is not certified
(6)   __   is missing required financial information
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the Court's current form)

(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) ___   An original and a copy have not been received by the court.
           Only an original has been received.
(11)  X    other: Plaintiff may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:

(12)  X    is not submitted
(13) ___   is not on proper form (must use the Court's current form)
(14) ___   is missing an original signature by the prisoner
(15) ___   is missing page nos. ___
(16) ___   uses et al. instead of listing all parties in caption
(17) ___   names in caption do not match names in text
(18) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 22, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland

United States Magistrate Judge